Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Kent R. Christensen, Bar No. 253815
 kchristensen@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant 7-Eleven, Inc.

FILED
CLERK, U.S. DISTRICT COURT
October 30, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY ROZGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:18-cv-07451 SJO (MRW)<br><br>**[PROPOSED]** **JUDGMENT** |

Complaint Filed: July 16, 2018
Trial Date: December 3, 2019

Having granted Defendant 7-Eleven, Inc.'s Motion for Summary Judgment on September 17, 2019,

IT IS ORDERED AND ADJUDGED that Plaintiff Tammy Rozga take nothing, that the action be dismissed on the merits and that, if requested, Defendant recover its reasonable costs.

Dated: October 30, 2019

*S. James Otero*
_____
HONORABLE S. JAMES OTERO